SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S-09-1100 FCD JFM |
| Plaintiff, | **ORDER FOR DISMISSAL OF ANN G. KRANE ONLY** |
| vs. | |
| LQ MANAGEMENT, LLC, et. al., | Complaint Filed:  April 22, 2009 |
| Defendants. | **CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

IT IS HEREBY REQUESTED by Plaintiff, Scott N. Johnson, that Defendant (Ann G. Krane) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Ann G. Krane) is dismissed because this Defendant is not a proper party to this action.

Dated: June 8, 2009

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: June 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE